

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE | § | No. 08-20-00198-CV |
| GTG SOLUTIONS, INC., | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable John L. Pool, presiding judge of the 109th District Court of Winkler County, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore direct the trial court to issue its rulings within thirty days from the date of this judgment. The writ of mandamus will issue should the trial court fail to comply.

IT IS SO ORDERED THIS 25TH DAY OF AUGUST, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.